ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANCIS A. ARENAS
Nevada Bar No. 6557
Francis.Arenas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ALEXANDER LUCAS, an individual; and KRISTEN LUCAS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; a foreign corporation; DOES I through X, and each of them, inclusive; and ROE CORPORATIONS I through X, and each of them, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01756-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiffs ALEXANDER LUCAS and KRISTEN LUCAS, by and through their attorneys GGRM LAW FIRM and Defendant STATE FARM MUTUAL INSURANCE COMPANY, by and through its attorneys LEWIS BRISBOIS BISGAARD & SMITH, LLP, that all of Plaintiffs' claims and causes of action against Defendant

…

…

…

…

167299162.1

1  in the above-entitled action shall be dismissed, with prejudice, each party to bear their own
2  attorney's fees and costs.

3   DATED this 19th day of November, 2025.    DATED this 20th day of November, 2025.

4   GGRM LAW FIRM                             LEWIS BRISBOIS BISGAARD & SMITH LLP

6   /s/ Jason D. Guinasso                     /s/ Francis A. Arenas
    JASON D. GUINASSO                         ROBERT W. FREEMAN
    Nevada Bar No. 8478                       Nevada Bar No. 3062
7   2770 South Maryland Parkway, Suite 100    FRANCIS A. ARENAS
    Las Vegas, Nevada 89109                   Nevada Bar No. 6557
8   *Attorney for Plaintiffs*                 6385 S. Rainbow Boulevard, Suite 600
                                              Las Vegas, Nevada 89118
9                                             *Attorneys for Defendant State Farm Mutual*
                                              *Automobile Insurance Company*

**ORDER**

IT IS SO ORDERED.

Dated this 20 day of   November   , 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

167299162.1                               2